AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 7:22-mj-1013-RJ | Date and time warrant executed: Jan 18, 2022 | Copy of warrant and inventory left with: Kik Media Labs LEO Portal |
| Inventory made in the presence of: Kik Media Labs | | |
| Inventory of the property taken and name of any person(s) seized: | | |

CD Copy 1: cshellston Kik Search Warrant Returns

**FILED**

DATE 1/26/2022

PETER A. MOORE JR CLERK
US DISTRICT COURT, EDNC

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01-24-2022

*Kelly Kucala*
*Executing officer's signature*

Kelly Kucala, SA FBI
*Printed name and title*

:LW

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>KIK ACCOUNT: "cshellston" STORED AT PREMISES<br>CONTROLLED BY KIK / MEDIA LABS | )<br>)<br>) Case No. 7:22-mj-1013-RJ<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

KIK ACCOUNT: "cshellston" STORED AT PREMISES CONTROLLED BY KIK / MEDIA LABS, more particularly described in Attachment A, attached hereto and made part hereof.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of, instrumentalities used in committing, and fruits of the crime of 18 U.S.C. §§ 2251(a) and 2252A(a)(2)(A), all of which are more particularly described in Attachment B, attached hereto and made a part hereof.

☒ **YOU ARE COMMANDED** to execute this warrant on or before _____January 28 2022_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any EDNC United States Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____January 14 2022_____
                      _____2:25 p.m._____                   _____
                                                                *Judge's signature*

City and state:   Wilmington, North Carolina          Robert B. Jones, Jr., U.S. Magistrate Judge
                                                                *Printed name and title*

:LW